UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 07-1027 |
| v. | : | |
| | : | |
| 57, MORE OR LESS, DRUMS OF | : | |
| LIST 1 CHEMICALS | : | |
| (PSEUDOEPHEDRINE), | : | ORDER ON INFORMAL |
| | : | APPLICATION |
| | : | |
| Defendants. | : | |

This matter having come before the Court by way of letters dated September 26, 2008 and October 2, 2008;

and the Court having conducted a telephone conference on the record on October 3, 2008;

and the Court having considered the submissions, record of proceedings, and the representations of the parties, including the personal circumstances confronting plaintiff's counsel;

and for the reasons discussed during the telephone conference;

and for good cause shown,

IT IS ON THIS 3rd day of October, 2008

ORDERED that the request to extend the deadline to complete the claimant's deposition is granted. Said deposition shall be completed via video-conference no later than **December 1, 2008;**

IT IS FURTHER ORDERED that all motions for summary judgment shall be filed no later than **January 9, 2009.** Any response shall be submitted no later than **January 19, 2009.** Any reply shall be submitted no later than **January 26, 2009.** The return date shall be **February**

**2, 2009** before the Hon. Faith S. Hochberg.  Her Honor's Chambers will advise the parties if oral argument will be required.  No extensions under Local Civ. R. 7.1 may be invoked.;

IT IS FURTHER ORDERED that the motion for summary judgment [Docket No. 23] is terminated without prejudice; and

IT IS FURTHER ORDERED that the final pretrial conference shall take place on **March 3, 2009 at 11:00 a.m.** The final pretrial conference will proceed even if motions are pending. The joint proposed final pretrial order in the format required by Judge Hochberg shall be submitted to the Chambers of the Undersigned on later than **February 24, 2009 at 4:00 p.m.**  If the parties do not have Judge Hochberg's instructions for completing the final pretrial order, then they shall contact the Chambers of the Undersigned for the instructions.

                                       s/Patty Shwartz
                                       **UNITED STATES MAGISTRATE JUDGE**